**In re Henry Earl MILLER, Petitioner.**

**No. 08–1433.**

United States Court of Appeals, Fourth Circuit.

Submitted: May 14, 2008.

Decided: June 3, 2008.

Henry Earl Miller, Petitioner Pro Se.

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Henry Earl Miller petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his motion to correct the presentence investigation report. He seeks an order from this court directing the district court to act. Our review of the district court docket sheet reveals that the district court recently denied Miller's motion. *See United States v. Miller*, No. 6:04–cr–00022–HFF–3 (D.S.C. May 2, 2008). Accordingly, in light of the

district court's action, we deny Miller's mandamus petition and amended petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*